IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW FERRARI,                          )      Case No. 2:09-CV-00012-WBS-DAD
                                          )
                        Plaintiff,        )      ORDER BIFURCATING AND STAYING
                                          )      DISCOVERY ON THE MERITS OF THE
          v.                              )      CASE PENDING A RULING ON A
                                          )      PROCEDURAL MOTION
KEN SALAZAR, SECRETARY, UNITED            )
STATES DEPARTMENT OF THE                  )
INTERIOR,                                 )
                                          )
                        Defendant.        )
_____ )

        Pursuant to the stipulation of the parties filed herein on July 24, 2009, it is ordered that

        1.  Discovery as to the merits of plaintiff's case shall be bifurcated and stayed pending the

Court's ruling on defendant's motion to dismiss on procedural grounds.  Discovery will continue as

to the equitable tolling issue raised in plaintiff's amended complaint.

        2.  Defendant will make a good faith effort to submit its motion to the court no later than

September 30, 2009.

        IT IS SO ORDERED.


DATED:  July 24, 2009

                                _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE